**Exhibit A**
Defendant Firearms

1. Walther HK MPS Rifle CAL:22 Serial No. HR002951

2. Marlin Firearms Co. 60 Rifle CAL:22 Serial No. 71430736

3. Winchester 70 XTR Rifle CAL:270 Serial No. G1388285

4. Olympic Arms Inc. (SGW Enterprises & Safari Arms) CAR-AR Rifle CAL:223 Serial No. T3936

5. Smith & Wesson 500 Revolver CAL:500 Serial No. CHV9534

6. Ruger Blackhawk Revolver CAL:357 Serial No. 3101338

7. Tactical Innovations Inc. T15 BDX Rifle CAL: Multi Serial No. 67181741

8. Ruger Super Redhawk Alaskan Revolver CAL:45 Serial No. 530-17315

9. Ruger Bearcat Revolver CAL:22 Serial No. 32458

10. F.N. (FN Herstal) PS90 Rifle CAL:57 Serial No. FN094126

11. Israel Weapon Ind – IWI (Israel Military Ind - IMI) Tavor Sar Rifle CAL:223 Serial No. T0011634

12. Kimber Ultra Carry Pistol CAL:45 Serial No. KU11306

13. Black Rain Ordnance Inc. Fallout 15 Pistol CAL: Multi Serial No. BR014220

14. Harrington and Richardson The American Revolver CAL: ZZ Serial No. 5469

15. SCCY Industries, LLC (SKYY IND.) CPX-1 Pistol CAL:9 Serial No. 026003

16. Savage 110 Rifle CAL:300 Serial No. F423341

17. Beretta, Pietro S.P.A. AL390 SPORT Shotgun CAL:12 Serial No. X04505E

18. Keltec, CNC Industries, Inc. PF-9 Pistol CAL:9 Serial No. ROS42

19. Sig Sauer (Sig-Arms) SIG 716 Rifle CAL:762 Serial No. 22C021150

20. Marlin Firearms Co. 70P Rifle CAL:22 Serial No. 07467181

21. Unknown Manufacturer Unknown Rifle CAL: ZZ Serial No. 34C7392

22. Harrington and Richardson Topper Shotgun CAL:410 Serial No. BB444951

23. Savage 107B Shotgun CAL:16 Serial No. None

24. Ruger Mini 14 Rifle CAL:223 Serial No. 184-71184
25. Savage Stevens 53D Rifle Serial No. None
26. Remington Arms Company, Inc. 78 Sportsman Rifle CAL:30-06 Serial No. B6642557
27. 500 Rounds Tula Cartridge Works - Russia Ammunition CAL:223
28. 500 Rounds Tula Cartridge Works - Russia Ammunition CAL:223
29. 903 Rounds Federal Ammunition CAL:223
30. 900 Rounds PPU Ammunition CAL:556
31. 645 Rounds LC (Lake City) Ammunition CAL:223
32. 1050 Rounds FN (FNH) Ammunition CAL:57
33. 1115 Rounds Assorted Ammunition CAL:357
34. 189 Rounds Assorted Ammunition CAL:12
35. 100 Rounds Assorted Ammunition CAL:12
36. 100 Rounds Other Ammunition CAL:12
37. 1168 Rounds Assorted Ammunition CAL:22
38. 1000 Rounds PMC Ammunition CAL:223
39. 120 Rounds Assorted Ammunition CAL:308
40. 31 Rounds Assorted Ammunition CAL:410
41. 6 Rounds Hornady Ammunition CAL:45
42. 5 Rounds Unknown Ammunition CAL:500
43. 101 Rounds FN (FNH) Ammunition CAL:57
44. 46 Rounds FN (FNH) Ammunition CAL:57
45. 20 Rounds Assorted Ammunition CAL:57